| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GIOVANNI ORANTES - State Bar No. 190060<br>THE ORANTES LAW FIRM, P.C.<br>3435 Wilshire Blvd. 27th Floor<br>Los Angeles, CA 90010<br>Telephone: (213) 389-4362<br>Facsimile: (877) 789-5776<br>go@gobklaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Defendant Daniel Joseph Silva* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Daniel Joseph Silva**<br><br>Debtor(s). | CASE NO.: **2:23-bk-12679-DS**<br><br>ADVERSARY NO.: **2:23-ap-01372-DS**<br><br>CHAPTER: **13** |
| | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| **Simon La Barrie and**<br>**Lissa Burton**<br><br>Plaintiff(s).<br>vs.<br><br>**Daniel Joseph Silva**<br>Defendant(s). | DATE: **August 6, 2026**<br>TIME: **1:00 PM**<br>COURTROOM: **1639**<br>PLACE: **255 E. Temple Street, Los Angeles, CA 90012** |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc? (Claims Documents) ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No
5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| February 2026 | 11/1/26 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay:

| Plaintiff | Defendant |
|---|---|
| | The state court proceeding went to trial and concluded this year. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| December 31, 2026 | July 31, 2026 |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Deposition of Plaintiff, percipient witnesses and expert depositions | Deposition of plaintiffs' witnesses, as necessary; expert discovery |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 3-5 | 2-4 |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 10-15 | 6-10 |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 20-30 | **10-20** |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested. | Pretrial conference ☒ is ☐ is not requested. |
| Reasons: ____________________ | Reasons: ____________________ |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set after: (date) ______ | Pretrial conference should be set after: (date) ______ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   Both mediation and informal settlement efforts have been unsuccesful so far.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?
   February 16, 2024

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
| --- | --- |
| ☒ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | ☒ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Plaintiff:
The parties have worked to bring the state court case to trial. However, due to factors outside of their control, the state court trial was continued multiple times by the Superior Court.

Respectfully submitted,

| | |
|---|---|
| Date: 07/28/2026 | Date: 7/28/26 |
| Norton & Melnik, APC | Orantes Law Firm, P.C. |
| Printed name of law firm | Printed name of law firm |
| [signature] | /s/ Giovanni Orantes |
| Signature | Signature |
| Robert Gravich | /s/ Giovanni Orantes |
| Printed name | Printed name |
| Attorney for: Lissa Burton | Attorney for: Daniel Silva |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)
EFiling@LATrustee.com

Robert Gravich on behalf of Plaintiff Lissa Burton
rgravich@nortonmelnik.com

David W. Meadows on behalf of Mediator Mediator
david@davidwmeadowslaw.com

Giovanni Orantes on behalf of Defendant Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com

Chance Joseph Pardon on behalf of Plaintiff Simon La Barrie
chance@lawbreiter.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **July 28, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Deborah Saltzman
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 28, 2026 | Andrea M. Castro | /s/ Andrea M. Castro |
| *Date* | *Printed Name* | *Signature* |